IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FRANCISCO VILLAGOMEZ, | § § § | |
| Petitioner, | § § | |
| v. | § § | 1:22-CV-554-DII |
| GERALDO ROSALEZ, | § § § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner Francisco Villagomez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. 1). The case was referred to United States Magistrate Judge Susan Hightower for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Hightower filed the report and recommendation on March 8, 2023. (Dkt. 14). In the report and recommendation, Judge Hightower recommends that the Court deny Villagomez's Petition for Writ of Habeas Corpus. (*Id.*). Villagomez received the report and recommendation no later than March 20, 2023. (Dkt. 16). As of the date of this order, Villagomez has not filed any objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 14), is **ADOPTED**. **IT IS ORDERED** that Villagomez's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DENIED**.

**SIGNED** on May 23, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE